IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH P. CENDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv667-MHT |
| | ) | (WO) |
| DENNIS MEEKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate in Covington County Jail, filed this lawsuit contending that jail officials repeatedly failed to transport him to court for a hearing on an alleged violation of probation, and that he unnecessarily served extra time in jail as a result of those failures. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case should be dismissed without prejudice due to plaintiff's failure to file necessary financial information as ordered by this court. There are no objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of August, 2018.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**